```
 1  DOUGLAS R. SCHWARTZ (State Bar No. 98666)
    SCHWARTZ & CERA LLP
 2  44 Montgomery Street, Suite 3850
    San Francisco, California 94104
 3  Telephone: (415) 956-2600
    Facsimile: (415) 438-2655
 4
 5  Attorneys for Defendant
    GIUSEPPE PENZATO
 6
    GAIL SHIFMAN (State Bar No. 147334)
 7  Attorney at Law
    44 Montgomery Street, Suite 3850
 8  San Francisco, California 94104
    Telephone: (415) 551-1500
 9  Facsimile: (415) 551-1502
10
    Attorney for Defendant
11  KESIA PENZATO
12
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

CR 12-0089-EMC

| UNITED STATES OF AMERICA, | ) Case No.: ~~CR11-70696-EDL~~ |
|---|---|
| Plaintiff, | ) **STIPULATION AND ~~[PROPOSED]~~** |
| vs. | ) **ORDER MODIFYING CONDITIONS** |
|  | ) **OF PRETRIAL RELEASE** |
| GIUSEPPE PENZATO and | ) |
| KESIA PENZATO, | ) |
| Defendants. | ) |

Upon being advised that Pretrial Services has no objection, the parties hereby stipulate that the conditions of pretrial release shall be modified in the following manner:

1. Defendants Giuseppe Penzato and Kesia Penzato shall be allowed to travel to Las Vegas, Nevada from February 22, 2012 returning on February 27, 2012.

2. All other conditions shall remain the same.

Dated: January 30, 2012        Dated: January 30, 2012

/s/        /s/
_____        _____
GAIL SHIFMAN        DOUGLAS SCHWARTZ
Attorney for Defendant        Attorney for Defendant
KESIA PENZATO        GIUSEPPE PENZATO

Dated: January 30, 2012

/s/
_____
OWEN MARTIKAN
Assistant United States Attorney

## ~~[PROPOSED]~~ ORDER

This matter having come before the Court upon the Stipulation of the parties and the Court being advised, IT IS ORDERED THAT the conditions of pretrial release shall be modified in the following manner:

1. Defendants Giuseppe Penzato and Kesia Penzato shall be allowed to travel to Las Vegas, Nevada from February 22, 2012 returning on February 27, 2012.

2. All other conditions shall remain the same.

Dated: _____February 10_____, 2012

_____
UNITED STATES MAGISTRATE JUDGE