1  Nanci L. Clarence (SBN 122286)
2  Josh A. Cohen (SBN 217853)
   CLARENCE DYER & COHEN LLP
3  899 Ellis Street
   San Francisco, CA 94109
4  Tel: (415) 749-1800
   Fax: (415) 749-1694
5  nclarence@clarencedyer.com
6  jcohen@clarencedyer.com

7  Attorneys for Defendant GIUSEPPE PENZATO

8

9              UNITED STATES DISTRICT COURT

10            NORTHERN DISTRICT OF CALIFORNIA

11                SAN FRANCISCO DIVISION

12 | UNITED STATES OF AMERICA,           | CASE NO. CR-12-0089 EMC
13 |         Plaintiff,                  | **STIPULATION AND [PROPOSED] ORDER CONTINUING MOTIONS HEARING AND/OR STATUS CONFERENCE**
14 |     v.                              |
15 | GIUSEPPE PENZATO and KESIA PENZATO, |
16 |         Defendants.                 |

### STIPULATION

The parties in this matter are currently scheduled to appear before the Court for a hearing on discovery motions and/or a status conference on August 22, 2012. Since their last appearance, the defendants have been actively engaged in discovery review and investigation, and defense counsel have identified discovery motions to bring before the Court. At the same time, the parties are pursuing a potential resolution. The parties are scheduled to meet on August 24, 2012 for settlement discussions and to meet and confer on outstanding discovery requests.

Given the possibility that the meeting on August 24 will alter the trajectory of the case – or, at a minimum, moot certain discovery motions that the defendants presently intend to file – the

1  parties jointly submit that the hearing date and status conference presently scheduled for August
2  22, 2012 should be continued.  To allow sufficient time for briefing of any discovery issues that
3  the parties cannot resolve, the parties jointly propose October 17, 2012 as a new date for the
4  motions hearing and/or status conference.

5        The parties further agree and stipulate that the time from August 22, 2012 through October
6  17, 2012 should be excluded under the Speedy Trial Act.  Given the need for defense counsel to
7  complete their review of discovery already produced, along with new discovery that may be
8  produced as a result of meet-and-confer efforts, as well as defense counsel's need to prepare
9  motions to address any unresolved discovery issues, the parties agree that the failure to grant a
10 continuance would unreasonably deny the defendants the reasonable time necessary for effective
11 preparation, taking into account the exercise of due diligence.  *See* 18 U.S.C. § 3161(h)(7)(B)(iv).

12       IT IS SO STIPULATED.

13 DATED: August 16, 2012                      Respectfully submitted,

14                                          */s/ Josh A. Cohen*
15                                          _____
                                         Nanci L. Clarence
16                                          Josh A. Cohen
                                         Attorneys for GIUSEPPE PENZATO
17
                                         */s/ Gail Shifman*
18                                          _____
                                         Gail Shifman
19                                          Attorney for KESIA PENZATO
20
                                         */s/ Owen Martikan*
21                                          _____
                                         Owen Martikan
22                                          Assistant United States Attorney

23

24                                       **ORDER**

25       Pursuant to stipulation, and for good cause shown, it is hereby ORDERED that the motions
26 hearing and status conference presently scheduled for August 22, 2012 shall be continued to
27 October 17, 2012 at ~~2:00 p.m.~~ 2:30 p.m.  It is further ORDERED that the time from August 22, 2012
28

through October 17, 2012 shall be excluded under the Speedy Trial Act. The Court finds that the ends of justice served by the continuance outweigh the best interest of the public and the defendant in a speedy trial. *See* 18 U.S.C. § 3161(h)(7)(A). Further, the Court finds that the failure to grant a continuance would unreasonably deny the defendants the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. *See* 18 U.S.C. § 3161(h)(7)(B)(iv).

IT IS SO ORDERED.  (modified, new status set for 10/17/12 at 2:30 p.m.)

DATED:  8/17/12



EDWARD M. CHEN
UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen

3   Case No. CR-12-0089 EMC
STIPULATION CONTINUING HEARING/CONFERENCE DATE