Nanci L. Clarence (SBN 122286)
Josh A. Cohen (SBN 217853)
CLARENCE DYER & COHEN LLP
899 Ellis Street
San Francisco, CA 94109
Tel: (415) 749-1800
Fax: (415) 749-1694
nclarence@clarencedyer.com
jcohen@clarencedyer.com

Attorneys for Defendant GIUSEPPE PENZATO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR-12-0089 EMC |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER CONTINUING MOTIONS HEARING AND/OR STATUS CONFERENCE** |
| v. | |
| GIUSEPPE PENZATO and KESIA PENZATO, | |
| Defendants. | |

**STIPULATION**

The parties in this matter are currently scheduled to appear before the Court for a hearing on discovery motions and/or a status conference on November 14, 2012. Since their last appearance, the parties have been actively engaged in settlement negotiations and have now agreed on the general terms of a potential resolution. There remains one outstanding issue relating to a parallel civil case that the parties are currently attempting to resolve.

In order to allow sufficient time to resolve the outstanding issue and reduce the agreement to writing, the parties jointly propose a short continuance of the upcoming hearing date. Specifically, the parties jointly submit that the hearing date and status conference presently

1  scheduled for November 14, 2012 should be continued to December 12, 2012 for status or change-
2  of-plea.  In the event the parties achieve a resolution, the parties will send the Court copies of the
3  plea agreements in advance of the December 5 appearance.
4      The parties further agree and stipulate that the time from November 14, 2012 through
5  December 12, 2012 should be excluded under the Speedy Trial Act.  Given the need for defense
6  counsel to consult with third parties concerning issues relating to the parallel civil case, the parties
7  agree that the failure to grant a continuance would unreasonably deny the defendants the
8  reasonable time necessary for effective preparation, taking into account the exercise of due
9  diligence.  *See* 18 U.S.C. § 3161(h)(7)(B)(iv).
10     IT IS SO STIPULATED.
11 DATED: November 9, 2012              Respectfully submitted,

                                        */s/ Josh Cohen*
                                        _____
                                        Nanci Clarence
                                        Josh Cohen
                                        Attorneys for GIUSEPPE PENZATO

                                        */s/ Gail Shifman*
                                        _____
                                        Gail Shifman
                                        Attorney for KESIA PENZATO

                                        */s/ Owen Martikan*
                                        _____
                                        Owen Martikan
                                        Assistant United States Attorney

**ORDER**

Pursuant to stipulation, and for good cause shown, it is hereby ORDERED that the motions hearing and status conference presently scheduled for November 14, 2012 shall be continued to December 12, 2012 at 2:~~00~~ 2:30 p.m.  It is further ORDERED that the time from November 14, 2012 through December 12, 2012 shall be excluded under the Speedy Trial Act.  The Court finds that the ends of justice served by the continuance outweigh the best interest of the public and the

1   defendant in a speedy trial.  *See* 18 U.S.C. § 3161(h)(7)(A).  Further, the Court finds that the
2   failure to grant a continuance would unreasonably deny the defendants the reasonable time
3   necessary for effective preparation, taking into account the exercise of due diligence.  *See* 18
4   U.S.C. § 3161(h)(7)(B)(iv).    IT IS SO ORDERED.
5   DATED:  ____11/14/12_____   _____
6                                                         EDWARD M. CHEN
7                                                         UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED
AS MODIFIED
Judge Edward M. Chen