| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☐ COMPLAINT ☒ INFORMATION ☐ INDICTMENT ☒ SUPERSEDING

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

─── OFFENSE CHARGED ───

18 U.S.C. 1028(a)(6) and (f) Conspiracy to Possess an Identification Document of the United States that was Produced Without Lawful Authority

☐ Petty
☐ Minor
☒ Misdemeanor
☐ Felony

PENALTY: maximum one year imprisonment, $100,000 fine, one year of supervised release, $25 mandatory special assessment

─── DEFENDANT - U.S ───
▶ Giuseppe Penzato

DISTRICT COURT NUMBER
CR 12-0089 EMC

─── PROCEEDING ───

Name of Complaintant Agency, or Person (& Title, if any)
HSI S.A. Melissa Saurwein

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY ☐ DEFENSE

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on this form   Melinda Haag
☒ U.S. Attorney ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)   Owen Martikan, AUSA

─── DEFENDANT ───

IS *NOT* IN CUSTODY
1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☒ Is on Bail or Release from (show District)
   this District

IS IN CUSTODY
4) ☐ On this charge
5) ☐ On another conviction } ☐ Federal ☐ State
6) ☐ Awaiting trial on other charges
   If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes ☐ No   If "Yes" give date filed

DATE OF ARREST ▶   Month/Day/Year
Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED TO U.S. CUSTODY ▶   Month/Day/Year

☒ This report amends AO 257 previously submitted

─── ADDITIONAL INFORMATION OR COMMENTS ───

PROCESS:
☐ SUMMONS ☒ NO PROCESS* ☐ WARRANT   Bail Amount:

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance
Defendant Address:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:   Before Judge:

Comments:

AO 257 (Rev. 6/78)

| **DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT** |
|---|

BY: ☐ COMPLAINT ☒ INFORMATION ☐ INDICTMENT ☒ SUPERSEDING

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

— OFFENSE CHARGED —

18 U.S.C. 1028(a)(6) and (f) Conspiracy to Possess an Identification Document of the United States that was Produced Without Lawful Authority

☐ Petty
☐ Minor
☒ Misdemeanor
☐ Felony

PENALTY: maximum one year imprisonment, $100,000 fine, one year of supervised release, $25 mandatory special assessment

— DEFENDANT - U.S —

▶ Kesia Penzato

DISTRICT COURT NUMBER
CR 12-0089 EMC

— PROCEEDING —

Name of Complaintant Agency, or Person (& Title, if any)

HSI S.A. Melissa Saurwein

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY ☐ DEFENSE

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on this form     Melinda Haag
☒ U.S. Attorney ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)     Owen Martikan, AUSA

— DEFENDANT —

**IS *NOT* IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☒ Is on Bail or Release from (show District)
   this District

**IS IN CUSTODY**
4) ☐ On this charge

5) ☐ On another conviction ☐ Federal ☐ State

6) ☐ Awaiting trial on other charges
   If answer to (6) is "Yes", show name of institution

Has detainer been filed? ☐ Yes ☐ No   If "Yes" give date filed

DATE OF ARREST ▶ Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year

☒ This report amends AO 257 previously submitted

— ADDITIONAL INFORMATION OR COMMENTS —

PROCESS:
☐ SUMMONS ☒ NO PROCESS* ☐ WARRANT     Bail Amount:

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance
Defendant Address:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:                          Before Judge:

Comments:

MELINDA HAAG (CSBN 132612)
United States Attorney

FILED
2013 APR 16 P 2:54
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
N. DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> GIUSEPPE PENZATO, and <br> KESIA PENZATO, <br> Defendants. | No. CR 12-0089 EMC <br><br> <u>VIOLATION</u>: 18 U.S.C. §§ 1028(a)(6) and (f) – Conspiracy to Possess an Identification Document of the United States That Was Produced Without Lawful Authority <br><br> SAN FRANCISCO VENUE |

### S U P E R S E D I N G  I N F O R M A T I O N

The United States Attorney charges:

1. Beginning at a time unknown to the United States, but no later than on or about August 25, 2009, and continuing until November 19, 2009, in the Northern District of California and elsewhere, the defendants,

GIUSEPPE PENZATO, and
KESIA PENZATO,

did knowingly conspire and agree to possess an identification document, to wit, a Form I-94 Department of Justice Arrival and Departure Record belonging to C.D.S., while knowing that

SUPERSEDING INFORMATION
CR 0089 EMC

such identification document had been produced without lawful authority, in violation of Title 18, United States Code, Sections 1028(a)(6) and (f).

DATED: 4/16/13

MELINDA HAAG
United States Attorney

/s/ Douglas Wilson for
MIRANDA KANE
Chief, Criminal Division

(Approved as to form: /s/ )
AUSA MARTIKAN

SUPERSEDING INFORMATION
CR 0089 EMC                                        2