GAIL SHIFMAN (State Bar No. 147334)
Attorney at Law
601 California Street, Suite 1800
San Francisco, California 94108
Telephone:  (415) 551-1500
Facsimile:     (415) 551-1502

Attorney for Defendant
KESIA PENZATO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.:  CR 012-0089 EMC |
| ) | |
| Plaintiff, ) | STIPULATION AND [P~~ROPOS~~ED] |
| ) | ORDER EXONERATING BAIL |
| vs. ) | |
| ) | |
| GIUSEPPE PENZATO, KESIA PENZATO ) | |
| ) | |
| Defendant. ) | |
| _____ | |

Defendants Giuseppe Penzato and Kesia Penzato having been sentenced by this Court on May 22, 2013, the parties stipulate to the entry of an Order Exonerating Bail and returning the passports of the Defendants and Defendants' children to either Defendant or either Defendant's counsel.

IT IS SO STIPULATED.

Dated:  May 22, 2013                                        /s/ Owen Martikan
                                                                       _____
                                                                       OWEN MARTIKAN
                                                                       Assistant U.S. Attorney

1

Dated: May 22, 2013                                      /s/ Gail Shifman
                                                         _____
                                                         GAIL SHIFMAN
                                                         Attorney for Kesia Penzato

Dated: May 22, 2013                                      /s/ Josh Cohen
                                                         _____
                                                         NANCI CLARENCE
                                                         JOSH COHEN
                                                         Attorneys for Giuseppe Penzato

## [~~PROPOSED~~] ORDER

The Defendants having been sentenced on May 22, 2013 and this matter having come before the Court upon the stipulation of the Parties,

It is ORDERED that bail is exonerated.

It is FURTHER ORDERED that the passports of the Defendants and Defendants' children shall be returned by Pretrial Services to either Defendant or Defendants' counsel.

Dated: May 24, 2013

_____
UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED
Judge Edward M. Chen

2