GAIL SHIFMAN (State Bar No. 147334)
Attorney at Law
601 California Street, Suite 1800
San Francisco, California 94108
Telephone: (415) 551-1500
Facsimile:  (415) 551-1502

Attorney for Defendant
KESIA PENZATO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: CR 012-0089 EMC |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER MODIFYING CONDITIONS OF PROBATION |
| vs. | |
| GIUSEPPE PENZATO, KESIA PENZATO | |
| Defendant. | |

     Defendants Giuseppe Penzato and Kesia Penzato having been sentenced by this Court on May 22, 2013 to 5 years of probation, $13,000 restitution and imposition of special assessments and having complied with all conditions of probation including the payment in full of the restitution and special assessments, the Parties, with the consent of the probation officer, stipulate to the entry of an Order modifying conditions of probation permitting travel to Rome, Italy on August 23, 2013 to accommodate Giuseppe Penzato's job reassignment. All terms and conditions of probation shall remain in effect however early termination of probation will be considered at a later date upon request of the Defendants.

STIPULATION AND [PROPOSED]
ORDER MODIFYING CONDITIONS OF PROBATION                                      1

IT IS SO STIPULATED.

Dated:  August 12, 2013                    /s/ Owen Martikan
                                          _____
                                          OWEN MARTIKAN
                                          Assistant U.S. Attorney


Dated:  August 12, 2013                    /s/ Gail Shifman
                                          _____
                                          GAIL SHIFMAN
                                          Attorney for Kesia Penzato


Dated:  August 12, 2013                    /s/ Josh Cohen
                                          _____
                                          NANCI CLARENCE
                                          JOSH COHEN
                                          Attorneys for Giuseppe Penzato

STIPULATION AND [PROPOSED]
ORDER MODIFYING CONDITIONS OF PROBATION                                    2

[PROPOSED] ORDER

The Defendants Giuseppe Penzato and Kesia Penzato having been sentenced by this Court to 5 years of probation, $13,000 restitution and imposition of a special assessment, having complied with all conditions of probation including the payment in full of restitution and special assessments, and coming before the Court on the stipulation of the parties with the consent of the probation officer,

IT IS ORDERED that the conditions of probation shall be modified permitting the Defendants to travel to Rome, Italy on August 23, 2013. All terms and conditions of probation shall remain in effect however early termination of probation will be considered at a later date upon request of the Defendants.

Dated:  August __22__, 2013



_____
                                     T JUDGE